David P. Johnson (#13260)
djohnson@wnlaw.com
Brittany Frandsen (#16051)
bfrandsen@wnlaw.com
WORKMAN NYDEGGER
60 E. South Temple, Suite 1000
Salt Lake City, Utah 84111
Tel. 801-533-9800

*Attorneys for Plaintiff*
*THREAD WALLETS LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| THREAD WALLETS LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRIXLEY BAGS, LLC, a Utah limited liability company,<br><br>Defendant. | Civil Action No.: 2:23-cv-00874-JNP<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge Jill N. Parrish |

Plaintiff Thread Wallets LLC (hereinafter, "Thread" or "Plaintiff"), by and through its undersigned counsel, hereby complains and alleges against Defendant Brixley Bags, LLC (hereinafter, "Brixley" or "Defendant"), as follows:

**THE PARTIES**

1. Plaintiff is a Utah limited liability company with a principal place of business at 125 West 500 South, Provo, Utah, 84601.

2. Upon information and belief, Brixley is a Utah limited liability company with a principal place of business at 2982 West Hancock Street, Mapleton, Utah, 84664. Upon information and belief, Brixley transacts business in Utah, including in this district.

**NATURE OF THE CLAIMS**

3. This is an action for design patent infringement under the Patent Act, 35 U.S.C. § 101 *et seq*. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Specifically, upon information and belief, Brixley has copied the design of Thread's patented cross-body bag, as shown in the images below:

| **Thread Cross-Body Bag** | **Brixley Cross-Body Bag** |
|---|---|



 

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338 in that this case arises under the Patent Act, 35 U.S.C. § 101 *et seq*.

6. The Court has personal jurisdiction over Brixley because Brixley resides in the State of Utah and does business in the State of Utah by, among other things, offering for sale and selling bags, including the unlawful products at issue in this action. On information and belief, Brixley causes the unlawful products to be sold outside of Utah and places its products within the stream of interstate commerce to reach its customers.

7. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b)(1), 1391(b)(2), and 1400(b) because 1) Brixley resides in this judicial district, 2) Brixley has committed acts of infringement in this judicial district, and 3) a substantial part of the events giving rise to the claims asserted herein occurred in this judicial district.

12703837v1

**FACTUAL BACKGROUND**

8. Thread designs, manufactures, and markets innovative bags, wallets, phone cases, and accessories.

9. Among other products, Thread designed and sells a cross-body bag.

10. Thread is the owner by assignment of U.S. Patent No. D995,105 ("the '105 patent"), which covers the design of Thread's cross-body bag. The '105 patent issued on August 15, 2023. A copy of the '105 patent is attached as Exhibit 1.

11. Photographs of Thread's cross-body bag, which embodies the design claimed in the '105 patent, are set forth in the table below next to figures 1, 4, and 5 from the '105 patent:

| <br>Thread Patent No. D995,105 | <br>Thread Cross-Body Bag<br>https://www.threadwallets.com/products/luna-crossbody-bag |
|---|---|



12. Upon information and belief, Brixley has copied Thread's cross-body bag and distributes, imports, sells, and offers for sale its competing product in the United States. The table below shows photographs of one example of Brixley's product next to figures from the '105 patent:



13. On information and belief, Brixley knows that Brixley's cross-body bag is a copy or near copy of Thread's product, and Brixley intentionally copied Thread's product.

14. Thread's social media posts have been inundated with comments that Thread copied Brixley's product and that consumers should purchase Brixley's product, as shown in the examples below:

 **brit.jxx** Shop @brixleybags instead!! She is a small business owner and had this EXACT design wayyyy before thread wallets just posted. She also has SO many cute colors!!!

4d  5 likes  Reply

 **thread_wallets** ✓ Hey Brit! Unfortunately, we've been hearing this a lot. We actually launched our Crossbody Bag in August of 2020 (with a patent pending) and Brixley launched the pre-order for their bags in November of 2020. If you look through our feed and theirs, you can see for yourself! Let us know if you have any other questions. ❤️

2s  Reply

 **piper_reid** check out @brixleybags got mine from them and i love it

4d  2 likes  Reply

 **sydneyleemiller** this is literally just @brixleybags ... next

2d  10 likes  Reply

 **phoebe.taylorr** ripped off the brixley bag i see

1w  3 likes  Reply  Send

12703837v1





**nellieroberts** Knock off of @brixleybags



**scary.bailey** This looks suspiciously similar to @brixleybags products 😐

**nellieroberts** Knock off of @brixleybags



**jayee.baby__** 1h
i just saw the @brixleybags … which one of these is the dupe 😳 … LAWSUIT??
Reply   Hide



**lilyisbored** 5d
Thought it was a @brixleybags at first
3 likes   Reply   Hide

**skylervictoria___** 3d
@brixleybags
4 likes   Reply   Hide

**lindsay_breeze** 3d
It is, in fact, my new favorite bag
Reply   Hide

**ashezxxox** 4d
@brixleybags  IS ACTUALLY DEPENDABLE 🫶
5 likes   Reply   Hide

**tech.savvyj** 5d
I had to do a double take! Thought this was another @brixleybags ad!

- 9 -
12703837v1



15. These and other consumer comments evidence that Brixley's product is substantially similar to the patented design and that Brixley's infringement is considerably harming Thread.

## FIRST CLAIM FOR RELIEF

**PATENT INFRINGEMENT – THE '105 PATENT**
**(35 U.S.C. § 271)**

16. Thread hereby realleges and incorporates by reference the allegations of paragraphs 1–15 of this Complaint into this Claim for Relief as though fully set forth herein.

17. The '105 patent, entitled "Cross-Body Bag," was duly and lawfully issued by the United States Patent and Trademark Office on August 15, 2023.

18. Thread is the owner by assignment of the entire right, title, and interest in the '105 patent and possesses all rights of recovery under the '105 patent, including the right to recover damages.

19. Thread's product packaging gives explicit notice to consumers that its products may be covered by one or more U.S. patents and is fixed with the URL

https://www.threadwallets.com/pages/intellectual-property. This URL is a publicly accessible posting on the internet that associates the patented article with the number of the patent. Thread's website at https://www.threadwallets.com/pages/intellectual-property prominently marks Thread's cross-body bag as embodying the design claimed in the '105 patent.

20. Brixley, alone or in concert with others, has been and is now infringing Thread's '105 patent in violation of 35 U.S.C. § 271 by making, using, distributing, importing, selling, and/or offering for sale products (specifically, its cross-body bags) that embody Thread's patented design, and will continue to do so unless enjoined by this Court.

21. Upon information and belief, Brixley has made, used, distributed, imported, sold, and/or offered to sell products infringing the '105 patent throughout the United States and elsewhere, including within the state of Utah.

22. Brixley has had actual and/or constructive notice of Thread's patent through prior correspondence and/or Thread's marking.

23. Thread has been damaged by Brixley's infringement in an amount to be determined at trial and has no adequate remedy at law.

24. Upon information and belief, Brixley's infringing products were copied from Thread's products covered by the '105 patent. Upon further information and belief, Brixley's infringement of the '105 patent is willful and deliberate.

## **PRAYER FOR RELIEF**

WHEREFORE, Thread demands a judgment in its favor and demands the following relief:

A. for judgment holding Brixley liable for design patent infringement under 35 U.S.C. § 271;

B. For a preliminary and permanent injunction prohibiting Brixley from infringing the '105 patent pursuant to 35 U.S.C. § 283;

C. For an award of damages caused by Brixley through its infringement of the '105 patent and a trebling of damages for Brixley's willful infringement under 35 U.S.C. § 284, or an award of Brixley's profits from its infringement pursuant to 35 U.S.C. § 289, whichever is greater;

D. For an award of attorney fees for Brixley's infringement pursuant to 35 U.S.C. § 285;

E. For an award of costs pursuant to Fed.R.Civ.P. 54(d)(1); and

F. Such other relief as the Court may deem equitable and appropriate.

## **JURY DEMAND**

Thread hereby demands a trial by jury on all issues so triable.

DATED this 4th day of December, 2023.

                                                        Respectfully submitted,

                                                        /s/ David P. Johnson
                                                        David P. Johnson
                                                        Brittany Frandsen

                                                        Attorney for Plaintiff
                                                        THREAD WALLETS LLC

- 12 -
12703837v1