David P. Johnson (#13260)
djohnson@wnlaw.com
Brittany Frandsen (#16051)
bfrandsen@wnlaw.com
WORKMAN NYDEGGER
60 E. South Temple, Suite 1000
Salt Lake City, Utah 84111
Tel. 801-533-9800

*Attorneys for Plaintiff*
*THREAD WALLETS LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| THREAD WALLETS LLC, a Utah limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIXLEY BAGS, LLC, a Utah limited liability company,<br><br>　　　　　Defendant. | Civil Action No.: 2:23-cv-00874-JNP-JCB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

　　Before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint pursuant to Fed. R. Civ. Proc. 15(a)(2) and DUCivR 15-1. For good cause appearing,

　　IT IS HEREBY ORDERED:

　　The Court, upon reading and considering the Motion for Leave to File Second Amended Complaint, GRANTS Plaintiff's Motion.

DATED this \_\_\_\_ day of November, 2024.

                                                BY THE COURT:

                                                _____
                                                Jared C. Bennett
                                                U.S. District Court Magistrate Judge