David P. Johnson (#13260)
djohnson@wnlaw.com
Brittany Frandsen (#16051)
bfrandsen@wnlaw.com
WORKMAN NYDEGGER
60 E. South Temple, Suite 1000
Salt Lake City, Utah 84111
Tel. 801-533-9800

*Attorneys for Plaintiff*
*THREAD WALLETS LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| THREAD WALLETS LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRIXLEY BAGS, LLC, a Utah limited liability company,<br><br>Defendant. | Civil Action No.: 2:23-cv-00874-JNP-JCB<br><br>**PLAINTIFF'S REQUEST TO SUBMIT FOR DECISION MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

Plaintiff Thread Wallets LLC ("Thread" or "Plaintiff"), by and through undersigned counsel pursuant to DUCivR 7-3, hereby submits this Request to Submit for Decision Plaintiff's Motion for Leave to File Second Amended Complaint. In support of this Request, Plaintiff states as follows:

1. Thread filed the underlying Motion on November 5, 2024 [Dkt No. 31].

2. Defendant Brixley Bags, LLC filed their Opposition to the Motion on November

- 1 -

19, 2024 [Dkt No. 32].

3. Thread filed a Reply in Support of the Motion on December 3, 2024 [Dkt No. 34].

4. Plaintiff's Motion for Leave to File Second Amended Complaint is fully briefed. Neither party requested a hearing in their papers. Pursuant to DUCivR 7-3, Plaintiff respectfully requests the Court schedule oral argument regarding the Motion at its earliest convenience.

DATED this 5th day of December, 2024.

                Respectfully submitted,

                /s/ David P. Johnson
                David P. Johnson
                Brittany Frandsen

                Attorney for Plaintiff
                THREAD WALLETS LLC