Chad S. Pehrson (12622)
Thomas Briscoe (16788)
Bryan B. Todd (19099)
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
cpehrson@kba.law
tbriscoe@kba.law
btodd@kba.law

*Attorneys for Defendant / Counterclaim Plaintiff Brixley Bags, LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THREAD WALLETS LLC, a Utah limited liability company,<br><br>    Plaintiff,<br>v.<br><br>BRIXLEY BAGS, LLC, a Utah limited liability company,<br><br>    Defendant. | **NOTICE OF APPEARANCE OF THOMAS BRISCOE**<br><br>Case No.: 2:23-cv-00874-JNP-JCB<br><br>Judge Hon. Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |
| BRIXLEY BAGS, LLC, a Utah limited liability company,<br><br>    Counterclaim Plaintiff,<br>v.<br><br>THREAD WALLETS LLC, a Utah limited liability company,<br><br>    Counterclaim Defendant. | |

**PLEASE TAKE NOTICE** that Thomas Briscoe with the firm Kunzler Bean & Adamson, PC hereby enters his appearance as counsel for Defendant/Counterclaim Plaintiff Brixley Bags,

1

LLC. The undersigned hereby requests that copies of all further pleadings and papers filed in connection with the above-captioned action be served upon him using the contact information provided above.

| | |
|---|---|
| DATED: December 16, 2024 | **KUNZLER BEAN & ADAMSON, PC** |

/s/Thomas Briscoe
Chad S. Pehrson
Thomas Briscoe
Bryan B. Todd

*Attorneys for Defendant/Counterclaim Plaintiff Brixley Bags, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, I caused a true and correct copy of the foregoing document to be served via CM/ECF on the following:

> David P. Johnson
> Brittany Frandsen
> WORKMAN NYDEGGER
> 60 E S Temple, #1000
> Salt Lake City, UT 84111
> djohnson@wnlaw.com
> djohnson-secy@wnlaw.com
> bfrandsen@wnlaw.com
> bfrandsen-secy@wnlaw.com
> orders@wnlaw.com
>
> *Attorneys for Plaintiff/Counterclaim Defendant*

*/s/Thomas Briscoe*