Outlook

**Brixley Supplemental Production**

| | |
|---|---|
| From | Bud Todd <btodd@kba.law> |
| Date | Fri 6/28/2024 8:20 PM |
| To | Brittany Frandsen <BFrandsen@WNLaw.com>; David P. Johnson <DJohnson@WNLaw.com> |
| Cc | Chad Pehrson <cpehrson@kba.law> |

📎 5 attachments (88 MB)
2024.06.28 MC LTR .pdf; BRIXLEY_1212-1917.pdf; BRIXLEY_1918-1938.pdf; BRIXLEY_1939-2053.pdf; BRIXLEY_419-1211.pdf;


Brittany and Dave,

Please see our supplemental production.

Have a good weekend.



Bryan (Bud) Todd
Associate

SALT LAKE CITY: 801.939.3698

btodd@kba.law

This e-mail message is intended only for the recipient(s) named above, and may contain privileged and/or confidential information.  Please notify us immediately if you are not an intended recipient or its agent.  Be aware that any unauthorized review, dissemination, or copying of this document is prohibited.