Outlook

Re: Thread Wallets LLC v. Brixley Bags, LLC [IMAN-DMS1.FID2327228]

| | |
|---|---|
| From | Brittany Frandsen <BFrandsen@WNLaw.com> |
| Date | Thu 12/12/2024 11:32 AM |
| To | Bud Todd <btodd@kba.law> |
| Cc | Chad Pehrson <cpehrson@kba.law>; David P. Johnson <DJohnson@WNLaw.com>; Litigation Calendar <calendar@kba.law> |

🔗 5 attachments (4 MB)
Ethan O_Connell Deposition Notice.pdf; 30(b)(6) Notice of Brixley.pdf; Pages from Brixley_2162-6538[26].pdf; Pages from Brixley_2162-6538-2[100].pdf; Pages from Brixley_2162-6538-3[14].pdf;

- EXTERNAL EMAIL -
Bud,

We are still trying to figure out a date for Trevor Reese's deposition and will get back to you on that.

The 13th and 14th work for us for Brixley's depositions. I've attached a 30(b)(6) notice for Brixley and a deposition notice for Mr. O'Connell. We are not issuing a new notice for Ms. O'Connell's personal deposition based on the understanding we came to with you during her deposition, but let us know if that is going to be a problem. We would prefer to hold all the depositions in person, and plan to complete Ms. O'Connell's deposition under Rule 30 (as it was originally noticed) rather than Rule 31. We're happy to discuss further on a call if necessary.

We would also like to address the issues with the Bates numbering in the document titled Brixley_2162-6538. Your accusation that "this is not a real concern of substance but rather an effort to force [Brixley] to do more ministerial, unnecessary work" is unfounded and belied by our letter and other efforts to work with Brixley regarding this document. As we explained in our previous letter, we brought this issue to your attention to prevent confusion and delay during depositions, at trial, and during other stages of this case. Attempts to decipher and/or extrapolate Bates numbers has already led to wasted time as we process and review this document. When individual pages are introduced into evidence independently of the document, it will be impossible to know what their bates numbers are. We have attached some examples to illustrate this problem. We believe your proposed solution of re-producing native documents with bates numbers inserted the file names will resolve this issue, as long as the bates numbers for those files correspond to the ones ostensibly assigned to each of the pages in the existing document.
`
Thank you,

**Brittany Frandsen**
*Shareholder*
**WORKMAN NYDEGGER**
60 East South Temple,  Suite 1000
Salt Lake City, UT 84111
Office Direct: (801) 321-8827
Email: bfrandsen@wnlaw.com

**From:** Bud Todd <btodd@kba.law>
**Date:** Wednesday, December 11, 2024 at 5:17 PM
**To:** Brittany Frandsen <BFrandsen@WNLaw.com>
**Cc:** Chad Pehrson <cpehrson@kba.law>, David P. Johnson <DJohnson@WNLaw.com>, Litigation Calendar <calendar@kba.law>
**Subject:** Re: Thread Wallets LLC v. Brixley Bags, LLC [IMAN-DMS1.FID2327228]

Brittany,

Thank you for checking on those dates. January 2 works for Logan England's deposition, and the 20th at 9:00 AM for Ryan and 2:00 PM for McKenzie work for us. Do you know if Trevor Reese is available next week?

I have spoken to our clients about the week of January 13th. They will be traveling in the latter part of that week and would be available on the 13th or 14th. Would you be open to conducting Ethan's deposition remotely? As for continuing with Kimberly's deposition, we propose that the deposition be finished by written questions under FRCP 31. With regard to the 30(b)(6) deposition of Brixley, would you be able to provide us with the notice and the topics listed so that we can determine who to designate as the 30(b)(6) witness?

Finally, please see Brixley's updated sales figures attached.

Thank you,



Bryan (Bud) Todd

Associate

SALT LAKE CITY: 801.939.3698

btodd@kba.law

This e-mail message is intended only for the recipient(s) named above, and may contain privileged and/or confidential information.  Please notify us immediately if you are not an intended recipient or its agent.  Be aware that any unauthorized review, dissemination, or copying of this document is prohibited.

**From:** Brittany Frandsen <BFrandsen@WNLaw.com>
**Sent:** Wednesday, December 11, 2024 4:32 PM
**To:** Bud Todd <btodd@kba.law>
**Cc:** Chad Pehrson <cpehrson@kba.law>; David P. Johnson <DJohnson@WNLaw.com>; Litigation Calendar <calendar@kba.law>
**Subject:** FW: Thread Wallets LLC v. Brixley Bags, LLC [IMAN-DMS1.FID2327228]

- EXTERNAL EMAIL -
Bud,

Ryan King is available for the noticed deposition date and time (the 20th at 9:00 AM). McKenzie Bauer is available on the 20th at 2:00 PM; please let me know if that works on your end.

Thank you,

**Brittany Frandsen**
*Shareholder*
**WORKMAN** **NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
Office Direct: (801) 321-8827
Email: bfrandsen@wnlaw.com

---

**From:** Brittany Frandsen <BFrandsen@WNLaw.com>
**Date:** Tuesday, December 10, 2024 at 11:26 AM
**To:** Bud Todd <btodd@kba.law>, David P. Johnson <DJohnson@WNLaw.com>
**Cc:** Chad Pehrson <cpehrson@kba.law>, Litigation Calendar <calendar@kba.law>
**Subject:** Re: Thread Wallets LLC v. Brixley Bags, LLC [IMAN-DMS1.FID2327228]

Bud,

I've confirmed the noticed deposition date and time works for Colby Bauer.

Logan England is not available at his noticed time. Are you available for his deposition on January 2 at 9:00 AM?

I'm still working to confirm the others and will get back to you when I have more updates.

Brittany

**Brittany Frandsen**
*Shareholder*
**WORKMAN** **NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
Office Direct: (801) 321-8827
Email: bfrandsen@wnlaw.com

**From:** Bud Todd <btodd@kba.law>
**Date:** Friday, December 6, 2024 at 9:20 PM
**To:** Brittany Frandsen <BFrandsen@WNLaw.com>, David P. Johnson <DJohnson@WNLaw.com>
**Cc:** Chad Pehrson <cpehrson@kba.law>, Litigation Calendar <calendar@kba.law>
**Subject:** RE: Thread Wallets LLC v. Brixley Bags, LLC

Brittany and David,

Attached, please see our response to your letter dated November 25, 2024. On November 25, You wrote to us acknowledging receipt of our letter dated November 22, 2024, and indicated that you were preparing a response to that letter. We wanted to follow up to see when we can expect a response to that letter.

Additionally, we have attached notices of deposition for Colby Bauer, McKenzie Bauer, Dillon Boyes, Logan England, Ryan King, and Trevor Reese. Please let us know if the dates in the notices work for you and your clients. If those dates and times do not work, please propose other times your clients would be available.

Thank you



Bryan (Bud) Todd

Associate

SALT LAKE CITY: 801.939.3698

btodd@kba.law

This e-mail message is intended only for the recipient(s) named above, and may contain privileged and/or confidential information.  Please notify us immediately if you are not an intended recipient or its agent.  Be aware that any unauthorized review, dissemination, or copying of this document is prohibited.

PRIVACY: This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify the sender immediately, and do not use, copy, or disclose to anyone any of the contents hereof.

PRIVACY: This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify the sender immediately, and do not use, copy, or disclose to anyone any of the contents hereof.