Chad S. Pehrson (12622) cpehrson@kba.law
Thomas D. Briscoe (16788) tbriscoe@kba.law
Bryan B. Todd (19099) btodd@kba.law
Kunzler Bean & Adamson, PC
50 West Broadway Ste 1000
Salt Lake City, UT 84101
Telephone: (801) 994-4646

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| | |
|---|---|
| THREAD WALLETS LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRIXLEY BAGS, LLC, a Utah limited liability company,<br><br>Defendant. | Civil Action No.: 2:23-cv-00874-JNP-JCB<br><br>**STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

Defendant Brixley Bags, LLC ("**Brixley**") and Plaintiff Thread Wallets LLC ("**Thread**"), hereby jointly stipulate and move through undersigned counsel to amend the Scheduling Order entered by the Court on June 6, 2024, to extend all outstanding deadlines in this case by two weeks.

The parties stipulate to amend the Scheduling Order as follows:

**Scheduling Order**

| Event | Current Date | Amended Date |
|---|---|---|
| Fact discovery closes | 01/17/2025 | 01/31/2025 |

1

| | | |
|---|---|---|
| Rule 26(a)(2) expert disclosure(s) (from parties bearing burden of proof) | 01/17/2025 | 01/31/2025 |
| Rule 26(a)(2) expert disclosure(s) (from parties not bearing burden of proof) | 02/07/2025 | 02/21/2025 |
| Rule 26(a)(2) expert report(s) (from parties bearing burden of proof) | 02/14/2025 | 02/28/2025 |
| Rule 26(a)(2) counter report(s) | 03/14/2025 | 03/28/2025 |
| Last day for expert discovery | 04/18/2025 | 05/02/2025 |
| Deadline for filing dispositive or potentially dispositive motions | 06/20/2025 | 07/04/2025 |
| If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date | 06/27/2025 2:00 pm | 07/11/2025 2:00 pm |

DATED this 10th day of January 2025.

Respectfully submitted,

**Kunzler Bean & Adamson**

*/s/Bryan B. Todd*
Chad S. Pehrson
Thomas D. Briscoe
Bryan B. Todd
*Attorneys for Defendant Brixley Bags, LLC*

**Workman Nydegger**

*/s/Brittany Frandsen\**
David P. Johnson
Brittany Frandsen
*Attorneys for Plaintiff Thread Wallets LLC*

\*signature affixed by filing attorney with permission

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 10, 2025, a true and correct copy of the foregoing **STIPULATED MOTION TO AMEND SCHEDULING ORDER** was served via the Court's electronic notification system and email on the following:

David P. Johnson
Brittany Frandsen
**Workman Nydegger**
60 E. South Temple, Suite 1000
Salt Lake City, Utah 84111
Tel. 801-533-9800
djohnson@wnlaw.com
djohnson-secy@wnlaw.com
bfrandsen@wnlaw.com
bfrandsen-secy@wnlaw.com
orders@wnlaw.com

*Attorneys for Plaintiff*

                        */s/Bryan B. Todd*