Chad S. Pehrson (12622) cpehrson@kba.law
Thomas D. Briscoe (16788) tbriscoe@kba.law
Bryan B. Todd (19099) btodd@kba.law
Kunzler Bean & Adamson, PC
50 West Broadway Ste 1000
Salt Lake City, Utah 84101
Telephone: (801) 994-4646

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| | |
|---|---|
| THREAD WALLETS LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRIXLEY BAGS, LLC, a Utah limited liability company,<br><br>Defendant. | Civil Action No.: 2:23-cv-00874-JNP-JCB<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Judge Jill N. Parrish Magistrate Judge<br><br>Jared C. Bennett |

Having considered the Stipulated Motion to Amend Scheduling Order (the "**Motion**"), the court hereby GRANTS the Motion.

The Scheduling Order is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Fact discovery closes | 01/17/2025 | 01/31/2025 |
| Rule 26(a)(2) expert disclosure(s) (from parties bearing burden of proof) | 01/17/2025 | 01/31/2025 |

1

| | | |
|---|---|---|
| Rule 26(a)(2) expert disclosure(s) (from parties not bearing burden of proof) | 02/07/2025 | 02/21/2025 |
| Rule 26(a)(2) expert report(s) (from parties bearing burden of proof) | 02/14/2025 | 02/28/2025 |
| Rule 26(a)(2) counter report(s) | 03/14/2025 | 03/28/2025 |
| Last day for expert discovery | 04/18/2025 | 05/02/2025 |
| Deadline for filing dispositive or potentially dispositive motions | 06/20/2025 | 07/04/2025 |
| If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date | 06/27/2025 2:00 pm | 07/11/2025 2:00 pm |

DATED this ___ day of January 2025.

BY THE COURT:

_____

Jared C. Bennett
United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 10, 2025, a true and correct copy of the foregoing **STIPULATED MOTION TO AMEND SCHEDULING ORDER** was served via the Court's electronic notification system and email on the following:

David P. Johnson
Brittany Frandsen
**Workman Nydegger**
60 E. South Temple, Suite 1000
Salt Lake City, Utah 84111
Tel. 801-533-9800
djohnson@wnlaw.com
djohnson-secy@wnlaw.com
bfrandsen@wnlaw.com
bfrandsen-secy@wnlaw.com
orders@wnlaw.com

*Attorneys for Plaintiff*

/s/Bryan B. Todd