Outlook

## Thread Wallets v. Brixley Bags | Notice of Deposition of Kimberly O'Connell

| | |
|---|---|
| From | Rachel L. Dodge <RDodge@wnlaw.com> |
| Date | Fri 1/3/2025 3:16 PM |
| To | Chad Pehrson <cpehrson@kba.law>; Tom Briscoe <tbriscoe@kba.law>; Bud Todd <btodd@kba.law> |
| Cc | Brittany Frandsen <BFrandsen@WNLaw.com>; David P. Johnson <DJohnson@WNLaw.com>; Jennifer Hunter <JHunter@WNLaw.com>; Patrice K. Warner <PWarner@WNLaw.com> |

🔗 1 attachment (132 KB)
Kimberly O'Connell Deposition Notice.pdf;


- EXTERNAL EMAIL -
Counsel,

Attached please find our Notice of Deposition of Kimberly O'Connell for January 13 2025.

Thank you,

Rachel L. Dodge
Litigation Docketing Specialist/Paralegal
Office-Direct: 801-321-8872

RDODGE@WNLAW.COM



PRIVACY: This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify the sender immediately, and do not use, copy, or disclose to anyone any of the contents hereof.