# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| THREAD WALLETS LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRIXLEY BAGS, LLC, a Utah limited liability company,<br><br>Defendant. | ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER<br><br>Case No. 2:23-cv-00874-JNP-JCB<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

District Judge Jill N. Parrish referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is the parties' stipulated motion to amend the scheduling order.[2] Based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS that the scheduling order is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Fact discovery closes | 01/17/2025 | 01/31/2025 |
| Rule 26(a)(2) expert disclosure(s) (from parties bearing burden of proof) | 01/17/2025 | 01/31/2025 |
| Rule 26(a)(2) expert disclosure(s) (from parties not bearing burden of proof) | 02/07/2025 | 02/21/2025 |
| Rule 26(a)(2) expert report(s) (from parties bearing burden of proof) | 02/14/2025 | 02/28/2025 |

---

[1] ECF No. 7.

[2] ECF No. 39.

| | | |
|---|---|---|
| Rule 26(a)(2) counter report(s) | 03/14/2025 | 03/28/2025 |
| Last day for expert discovery | 04/18/2025 | 05/02/2025 |
| Deadline for filing dispositive or potentially dispositive motions | 06/20/2025 | 07/04/2025 |
| If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held for purposes of setting a trial date | 06/27/2025 2:00 pm | 07/11/2025 2:00 pm |

After the court issues an order on the summary judgment motion(s), if there is anything left to litigate, the court will set a scheduling hearing to set a trial date and to ask the parties if they want to mediate. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the first quarter of 2026.

IT IS SO ORDERED.

DATED this 14th day of January 2025.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge