David P. Johnson (#13260)
djohnson@wnlaw.com
Brittany Frandsen (#16051)
bfrandsen@wnlaw.com
WORKMAN NYDEGGER
60 E. South Temple, Suite 1000
Salt Lake City, Utah 84111
Tel. 801-533-9800

*Attorneys for Plaintiff*
*THREAD WALLETS LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| THREAD WALLETS LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRIXLEY BAGS, LLC, a Utah limited liability company,<br><br>Defendant. | Civil Action No.: 2:23-cv-00874-JNP-JCB<br><br>**ORDER DENYING DEFENDANT BRIXLEY BAGS, LLC'S MOTION FOR PROTECTIVE ORDER**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

This matter came before the Court on Defendant Brixley Bags, LLC's ("Brixley's") Motion for Protective Order (Dkt. 40) ("the Motion"). Having considered the pleadings, evidence, and arguments submitted by the parties in connection with the Motion, and for good cause appearing, it is hereby ORDERED:

A)   The Motion is DENIED.

12703837v1

B)  Kimberly O'Connell is ordered to sit for an additional one-hour deposition on or before January 31, 2025 pursuant to the parties' prior agreement and Plaintiff Thread Wallets LLC's ("Thread") January 3, 2025 Notice of Deposition.

C)  Brixley will pay the costs and attorneys' fees incurred by Thread in opposing the Motion pursuant to Fed. R. Civ. P. 37(a)(5)(B). Thread shall submit a declaration to Brixley reflecting the attorneys' fees incurred by it in connection with opposing the Motion. If the parties cannot agree on the amount of attorneys' fees to be paid by Brixley, Thread shall submit its declaration to the Court.

DATED: _____

BY THE COURT:

_____
Jared C. Bennett
UNITED STATES MAGISTRATE JUDGE