# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | | |
|---|---|---|
| Thread Wallets, **Plaintiff(s)**, vs. Brixley Bags, **Defendant(s).** | | Case No. 2:23-cv-874 |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

| ☒ | Attorney: | Chad Pehrson, David Johnson |
|---|---|---|
| ☐ | Party: | Click here to enter text. |

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| 1/22/25 | Motion for Protective Order |
| | |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

| Date: | February 10, 2025 | Michelle Mallonee |
|---|---|---|
| | | Court Reporter |