# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | | |
|---|---|---|
| Thread Wallets, | | |
| **Plaintiff(s),** | | Case No. 2:23-cv-874 |
| vs. | | |
| Brixley Bags, | | |
| **Defendant(s).** | | |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒ Attorney: Andrea Coats, Chad Pehrson

☐ Party: Click here to enter text.

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| 4/2/24 | Scheduling Conference |
| 8/26/24 | Motion for Short Form Discovery |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date: April 22, 2025                    Michelle Mallonee
                                        Court Reporter