Chad S. Pehrson (12622) cpehrson@kba.law
Thomas D. Briscoe (16788) briscoe@kba.law
Bryan B. Todd (19099) btodd@kba.law
**KB&A**
50 West Broadway Ste 1000
Salt Lake City, UT 84101
Telephone: (801) 994-4646

*Attorneys for Defendant*

### UNITED STATES DISTRICT COURT DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| THREAD WALLETS LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRIXLEY BAGS, LLC, a Utah limited liability company,<br><br>Defendant. | **BRIXLEY BAGS, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL AN AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AMENDED COUNTER-CLAIMS**<br><br>Case No. 2:23-cv-00874<br><br>Judge Jill N. Parrish |

Defendant Brixley Bags, LLC ("**Defendant**") hereby moves for leave under DUCivR 5-3(b) to file an Amended Answer to First Amended Complaint and Amended Counter-Claims under seal. Defendant makes this motion and has made redacted filings because Plaintiff has designated numerous materials as "AEO" or Confidential. Defendant's own view is that none of the redactions should remain under seal; rather, Defendant brings this Motion due to Plaintiff's position which Defendant has challenged and will continue to challenge. Defendant asserts that Plaintiff's designations do not qualify as confidential under the definition of AEO Confidential under the Protective Order as Plaintiff claims. Nonetheless, Defendant submitted its redacted filings in good faith and in recognition that the status of these redactions are in dispute. But ultimately all of these

1

materials should be a part of the public record in this action.

Dated this 28th day of April 2025.

Respectfully submitted,

**KB&A**

<u>/s/ Chad S. Pehrson</u>
Chad Pehrson
Thomas D. Briscoe
Bryan B. Todd

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 28, 2025, a true and correct copy of the foregoing **BRIXLEY BAGS, LLC'S MOTION FOR LEAVE TO FILE AN AMENDED ANSWER TO FIRST AMENDED COMPLAINT AND AMENDED COUNTER-CLAIMS** was served via the Court's electronic notification system and email on the following:

David P. Johnson
Brittany Frandsen
Workman Nydegger
60 E. South Temple, Suite 1000
Salt Lake City, Utah 84111
djohnson@wnlaw.com
djohnson-secy@wnlaw.com
bfrandsen@wnlaw.com
bfrandsen-secy@wnlaw.com
orders@wnlaw.com

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/Chad S. Pehrson*