David P. Johnson (#13260)
djohnson@wnlaw.com
Brittany Frandsen (#16051)
bfrandsen@wnlaw.com
WORKMAN NYDEGGER
60 E. South Temple, Suite 1000
Salt Lake City, Utah 84111
Tel. 801-533-9800

*Attorneys for Plaintiff*
*THREAD WALLETS LLC*

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| THREAD WALLETS LLC, a Utah limited liability company, | Civil Action No.: 2:23-cv-00874-JNP-JCB |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH OPPOSITION** |
| BRIXLEY BAGS, LLC, a Utah limited liability company, | **DEMAND FOR JURY TRIAL** |
| Defendant. | Judge Jill N. Parrish |
| | Magistrate Judge Jared C. Bennett |

This matter came before the Court on Plaintiff's Motion for Leave to File Overlength Opposition to Defendant's Motion to Amend Answer and Counterclaims.

For good cause appearing, the motion is GRANTED and IT IS HEREBY ORDERED that Plaintiff may file an overlength opposition not to exceed 24 pages.

- 1 -

DATED: _____          BY THE COURT:


                                        _____
                                        Jared C. Bennett
                                        UNITED STATES MAGISTRATE JUDGE