# EXHIBIT C

Case 2:23-cv-00874-JNP-JCB   Document 64-3   Filed 05/12/25   PageID.3032   Page 1 of 4



60 East South Temple
Suite 1000
Salt Lake City, Utah 84111
(801) 533-9800
www.wnlaw.com

James W. McConkie III
(801) 321-8841
jmcconkie@wnlaw.com

May 21, 2021

**VIA EMAIL**

Scott C. Hilton
**KUNZLER BEAN & ADAMSON**
50 W. Broadway, Suite 1000
Salt Lake City, UT 84101
scott.hilton@kba.law

  Re: Thread Wallets, LLC Intellectual Property
    WN File: 22075.71

Dear Scott,

  We appreciate your May 4, 2021 response regarding your client, Brixley Bags, LLC ("Brixley Bags"). Your references to Utah Code § 78B-6-1903 suggest you may believe Thread Wallets, LLC ("Thread Wallets") is alleging infringement of a registered patent. That is not the case. As we explained, Thread Wallets has filed a patent application covering the design of its crossbody bag but has not received an issued patent on that application. The purpose of Thread Wallets' letter was to notify Brixley Bags of Thread Wallets' pending rights and open a dialogue about the best path forward for both companies. It would not benefit Brixley Bags to build up its business around the Brixley Crossbody Bag only to face allegations of patent infringement if or when Thread Wallets' patent application issues. Similarly, any consumer confusion caused by the similarities between the Brixley Crossbody Bag and the Thread Crossbody Bag would not be beneficial to either company. By providing Brixley Bags with notice of its pending application, Thread Wallets is giving Brixley Bags an opportunity to re-design its bag in a manner that distinguishes it from Thread Wallets' design before it faces any liability for its sale of or offer to sell the product.

  Thread Wallets did not provide the images from its pending application in its previous letter because the scope of the patent may change during prosecution, so the images as filed do not define what the patent will cover if it issues. Furthermore, since the Brixley Crossbody Bag is nearly identical to Thread Wallets' crossbody bag, it is unclear what additional information the figures from Thread Wallets' patent application would provide. Nevertheless, if it would help in your analysis, following is a comparison of the Brixley Crossbody Bag to several of the figures in Thread Wallets' pending patent application:

Scott C. Hilton
**KUNZLER BEAN & ADAMSON**
May 21, 2021
Page 2
-----------------------------------------------

| Brixley Crossbody Bag | Thread Wallets Patent Application |
|---|---|
| | FIG. 4 |
| | FIG. 5 |

Scott C. Hilton
**KUNZLER BEAN & ADAMSON**
May 21, 2021
Page 3
-----------------------------------------------



| Brixley Crossbody Bag | Thread Wallets Patent Application |
|---|---|

Again, we provide these figures with the understanding that they may not represent the scope of Thread Wallets' patent if or when it issues. However, as you can see, the figures as filed are consistent with the images of the Thread Crossbody Bag in our previous letter.

We hope that as Utah neighbors, Thread Wallets and Brixley Bags can come to an amicable resolution of this matter. We believe it would be helpful to schedule a call to discuss this matter further. Please advise as to your availability for such a call.

Sincerely,

WORKMAN NYDEGGER

JAMES W. McCONKIE III

JWM:sc
(44117702.1)