David P. Johnson (#13260)
djohnson@wnlaw.com
Brittany Frandsen (#16051)
bfrandsen@wnlaw.com
WORKMAN NYDEGGER
60 E. South Temple, Suite 1000
Salt Lake City, Utah 84111
Tel. 801-533-9800

*Attorneys for Plaintiff*
*THREAD WALLETS LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| THREAD WALLETS LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRIXLEY BAGS, LLC, a Utah limited liability company,<br><br>Defendant. | Civil Action No.: 2:23-cv-00874-JNP-JCB<br><br>**ERRATA TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO AMEND**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

Plaintiff Thread Wallets LLC ("Thread"), by and through its counsel of record, respectfully submits this Errata to its Memorandum in Opposition to Defendant's Motion for Leave to Amend Answer and Counterclaims ("the Opposition") filed on May 12, 2025 [Dkt No. 64].

An incorrect document was inadvertently filed as Exhibit B to the Opposition. The correct Exhibit B is attached hereto.

- 1 -

12703837v1

DATED this 13th day of May 2025.

        Respectfully submitted,

        /s/ Brittany Frandsen
        David P. Johnson
        Brittany Frandsen

        *Attorneys for Plaintiff Thread Wallets LLC*

12703837v1