Chad Pehrson (12622) cpehrson@kba.law
Thomas D. Briscoe (16788) tbriscoe@kba.law
Bryan B. Todd (19099) btodd@kba.law
**KB&A, PC**
50 West Broadway Ste 1000
Salt Lake City, UT 84101
Telephone: (801) 994-4646

*Attorneys for Defendant and Counterclaim Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| THREAD WALLETS LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRIXLEY BAGS, LLC, a Utah limited liability company;<br><br>Defendant. | Case No. 2:23-cv-00874-JNP-JCB<br><br>**APPENDIX OF EVIDENCE IN SUPPORT OF BRIXLEY BAGS, LLC'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**<br><br>Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

| Exhibit | Description |
|---|---|
| DX 1 | Asserted design patent US D995,105 (D'105) |
| DX 2 | Asserted design patent US D1,025,591 (D'591) |
| DX 3 | Excerpts from Colby Bauer 30(b)(6) Deposition 2024-12-01 |
| DX 4 | Excerpts from Ryan King deposition 2024-12-20 |
| DX 5 | Exhibit 7 from DX 3 – first Bauer "mood board" photo (THREAD_001196) Tommy Hilfiger Crossbody 3/4 front view |
| DX 6 | Exhibit 8 from DX 3 – second Bauer "mood board" photo (THREAD_001197) Tommy Hilfiger Crossbody 3/4 back view |
| DX 7 | BRIXLEY_006722 – Photographic match of (THREAD_001197) downloaded from public site. |

1

| DX 8 | All Views Image Set Tommy Crossbody and D'105 Figs 1-7 |
|---|---|
| DX 9 | All Views Image Set D'591 Figs 1-7 |
| DX 10 | Side-by-Side Comparison Tommy Prior Art v. Design Patents |
| DX 11 | Excerpts from D'105 File History showing all references considered by USPTO did not include DX 5, DX 6 or any substantially similar references |
| DX 12 | Excerpts from D'591 File History showing all references considered by USPTO did not include DX 5, DX 6 or any substantially similar references |

DATED: June 16, 2025.                    Respectfully submitted,

**KB&A, PC**

*/s/ Chad Pehrson*
Chad Pehrson
Thomas D. Briscoe
Bryan B. Todd
*Attorneys for Defendant
and Counterclaim Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2025, I caused to be filed a true and correct copy of the foregoing **APPENDIX OF EVIDENCE IN SUPPORT OF BRIXLEY BAGS, LLC'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY** via the Court's electronic filing system, which effectuated service on all counsel of record.

<u>/s/Chad Pehrson</u>