# DX 1

(12) **United States Design Patent**  (10) Patent No.: **US D995,105 S**
Bauer et al.                           (45) Date of Patent:  ** *Aug. 15, 2023

(54) **CROSS-BODY BAG**

(71) Applicant: **Thread Wallets LLC**, Provo, UT (US)

(72) Inventors: **Colby S. Bauer**, Provo, UT (US);
**Dillon M. Boyes**, Vineyard, UT (US)

(73) Assignee: **THREAD WALLETS LLC**, Provo, UT (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **15 Years**

(21) Appl. No.: **29/756,002**

(22) Filed: **Oct. 23, 2020**

(51) **LOC (14) Cl.** ............................................. **03-01**

(52) **U.S. Cl.**
USPC ................................ **D3/226**; D3/245; D3/301

(58) **Field of Classification Search**
USPC ........ D3/215, 218, 226, 232, 245, 273, 301,
D3/303; D7/607, 709
CPC ...... A45F 3/14; A45F 3/02; A45F 5/00; A45F
5/02; A45F 5/021; A45F 2200/0516;
A41F 9/002; A45C 2011/002
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D382,996 S | * | 9/1997 | Kopel ............................. | D3/218 |
| D389,704 S | * | 1/1998 | Yousko ........................... | D7/607 |
| D412,269 S | * | 7/1999 | Wyant ............................. | D7/607 |
| D422,181 S | * | 4/2000 | Birutis ............................ | D7/607 |
| 6,138,881 A | * | 10/2000 | Paul ........................... | A45F 3/14 224/645 |
| D434,282 S | * | 11/2000 | Daw ............................... | D7/709 |
| D455,551 S | * | 4/2002 | Stephens ........................ | D3/276 |
| D457,314 S | * | 5/2002 | Stephens ........................ | D3/276 |
| D542,528 S | * | 5/2007 | Zapata ............................ | D3/268 |
| D618,966 S | * | 7/2010 | Koehler .......................... | D7/607 |
| D629,192 S | * | 12/2010 | Pueblo ........................... | D3/218 |
| D631,650 S | * | 2/2011 | Li ................................... | D3/218 |
| D677,891 S | * | 3/2013 | Janus ............................. | D3/289 |
| D745,012 S | * | 12/2015 | Flannigan .................... | D14/440 |
| D751,285 S | * | 3/2016 | Yoo ................................ | D3/232 |

(Continued)

FOREIGN PATENT DOCUMENTS

KR   300735605.0000   *   3/2014

OTHER PUBLICATIONS

Fjallraven High Coast Pocket Sling Bag, available in 2020 based on customer review, rei.com [online], [site visited Dec. 23, 2022], Available at URL: https://www.rei.com/product/186854/fjallraven-high-coast-pocket-sling-bag (Year: 2020).*

(Continued)

*Primary Examiner* — Jeffrey D Asch
*Assistant Examiner* — Caitlin A Laverty
(74) *Attorney, Agent, or Firm* — Workman Nydegger

(57) **CLAIM**

The ornamental design for a cross-body bag, as shown and described.

**DESCRIPTION**

FIG. **1** is bottom, front, right perspective view of our new design for a cross-body bag;
FIG. **2** is a bottom, plan view thereof;
FIG. **3** is a top, plan view thereof;
FIG. **4** is a front view thereof;
FIG. **5** is a rear view thereof;
FIG. **6** is a right side view thereof; and,
FIG. **7** is a left side view thereof.
Dotted lines represent portions of the cross-body that form no part of the claimed design. The cross-body bag is shown with a symbolic break in its length. The appearance of any portion of the article between the break lines forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D768,982 S | * | 10/2016 | Stewart | D3/218 |
| D790,850 S | * | 7/2017 | Baldwin | D3/226 |
| D796,183 S | * | 9/2017 | Zhou | D3/203.1 |
| D849,400 S | * | 5/2019 | Wang | D3/249 |
| D858,090 S | * | 9/2019 | Mouriz | D3/218 |
| D859,820 S | * | 9/2019 | Mouriz | D3/218 |
| D882,943 S | * | 5/2020 | Zhuang | D3/217 |
| D893,871 S | * | 8/2020 | Plunkett | D3/285 |
| D920,673 S | * | 6/2021 | Ormsbee | D14/250 |
| D923,423 S | * | 6/2021 | Rong | D3/289 |
| D962,635 S | * | 9/2022 | Lai | D3/226 |
| 2009/0134190 A1 | * | 5/2009 | O'Neill | A45C 11/00 224/191 |

OTHER PUBLICATIONS

2 Facebook' which was published on the website https://www.facebook.com/threadwallets/photos/2757085814514096 on Aug. 13, 2020.

2 Facebook' which was published on the website https://www.facebook.com/threadwallets/photos/2782512955304715 on Sep. 11, 2020.

2 Facebook' which was published on the website https://www.facebook.com/threadwallets/photos/a.1559098390979517/2758810154341662/ on Aug. 15, 2020.

2 Facebook' which was published on the website https://www.facebook.com/threadwallets/photos/2780640908825253 on Sep. 9, 2020.

Office Action received for Australian Patent Application No. 202111590, dated Jan. 12, 2022, 9 pages.

Office Action received for Australian Patent Application No. 202111590, dated Sep. 6, 2021, 8 pages.

Thread Wallets thread_wallets Instagram photos and videos' which was published on the website https://www.instagram.com/p/CGN2BvVprFT/ on Oct. 12, 2020.

* cited by examiner



FIG. 1



**FIG. 2**



**FIG. 3**

U.S. Patent    Aug. 15, 2023    Sheet 3 of 5    US D995,105 S

FIG. 4



**FIG. 5**



FIG. 6



FIG. 7