DX 2

US0D1025591S

(12) **United States Design Patent**    (10) Patent No.:    **US D1,025,591 S**

Bauer et al.    (45) Date of Patent:    ** **May 7, 2024**

(54) **CROSS-BODY BAG**

(71) Applicant: **Thread Wallets LLC**, Provo, UT (US)

(72) Inventors: **Colby S. Bauer**, Provo, UT (US);
**Dillon M. Boyes**, Vineyard, UT (US)

(73) Assignee: **THREAD WALLETS LLC**, Provo,
UT (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **15 Years**

(21) Appl. No.: **29/880,914**

(22) Filed: **Jul. 28, 2023**

**Related U.S. Application Data**

(63) Continuation of application No. 29/756,002, filed on Oct. 23, 2020, now Pat. No. Des. 995,105.

(51) **LOC (14) Cl.** .............................................. **03-01**

(52) **U.S. Cl.**
USPC .............................. **D3/226**; D3/245; D3/301

(58) **Field of Classification Search**
USPC ......... D3/215, 226, 232, 243, 245–246, 276,
D3/289–290, 299, 301, 303
CPC .. A45C 1/024; A45C 3/06; A45C 3/08; A45C
3/00; A45C 3/005; A45F 5/02; A45F
5/021; A45F 3/14
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D240,468 | S | * | 7/1976 | Ainslie .......................... D3/268 |
| D369,676 | S | * | 5/1996 | Palmer .......................... D3/268 |
| D381,506 | S | * | 7/1997 | Roeder .......................... D3/246 |
| D382,996 | S | | 9/1997 | Kopel |
| D389,704 | S | | 1/1998 | Yousko et al. |
| D394,552 | S | * | 5/1998 | Melk .......................... D3/289 |
| D412,269 | S | | 7/1999 | Wyant |
| D422,181 | S | | 4/2000 | Birutis et al. |
| 6,138,881 | A | | 10/2000 | Paul et al. |
| D434,282 | S | | 11/2000 | Daw |
| D455,551 | S | | 4/2002 | Stephens et al. |
| D457,314 | S | | 5/2002 | Stephens et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 307507444 | * | 8/2022 |
| KR | 30-0735605 | | 3/2014 |

OTHER PUBLICATIONS

2 Facebook' which was published on the website https://www. facebook.com/threadwallets/photos/2757085814514096 on Aug. 13, 2020.
2 Facebook' which was published on the website https://www. facebook.com/threadwallets/photos/2782512955304715 on Sep. 11, 2020.

(Continued)

*Primary Examiner* — Michelle E. Wilson
*Assistant Examiner* — Caitlin A Laverty
(74) *Attorney, Agent, or Firm* — Workman Nydegger

(57) **CLAIM**

The ornamental design for a cross-body bag, as shown and described.

**DESCRIPTION**

FIG. **1** is bottom, front, right perspective view of our new design for a cross-body bag;
FIG. **2** is a bottom, plan view thereof;
FIG. **3** is a top, plan view thereof;
FIG. **4** is a front view thereof;
FIG. **5** is a rear view thereof;
FIG. **6** is a right side view thereof; and,
FIG. **7** is a left side view thereof.
Dotted lines represent portions of the cross-body that form no part of the claimed design. The cross-body bag is shown with a symbolic break in its length. The appearance of any portion of the article between the break lines forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



**US D1,025,591 S**

Page 2

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D542,528 S | | 5/2007 | Zapata |
| D618,966 S | | 7/2010 | Koehler et al. |
| D629,192 S | | 12/2010 | Pueblo |
| D631,650 S | | 2/2011 | Li |
| D677,891 S | | 3/2013 | Janus |
| D745,012 S | | 12/2015 | Flannigan |
| D751,285 S | | 3/2016 | Yoo |
| D768,982 S | | 10/2016 | Stewart |
| D790,850 S | | 7/2017 | Baldwin |
| D796,183 S | | 9/2017 | Zhou et al. |
| D811,735 S | * | 3/2018 | Molnar ........................ D3/233 |
| D821,742 S | * | 7/2018 | Jusic ............................ D3/217 |
| D849,400 S | | 5/2019 | Wang |
| D858,090 S | | 9/2019 | Mouriz |
| D859,820 S | | 9/2019 | Mouriz |
| D882,943 S | | 5/2020 | Zhuang |
| D893,871 S | | 8/2020 | Plunkett |
| D920,673 S | | 6/2021 | Ormsbee et al. |
| D923,423 S | | 6/2021 | Rong |
| D945,160 S | * | 3/2022 | Birdwell ........................ D3/301 |
| D962,635 S | | 9/2022 | Lai |
| D995,105 S | | 8/2023 | Bauer et al. |
| 2009/0134190 A1 | | 5/2009 | O'Neill |

OTHER PUBLICATIONS

2 Facebook' which was published on the website https://www.facebook.com/threadwallets/photos/a.1559098390979517/2758810154341662/ on Aug. 15, 2020.

2 Facebook' which was published on the website https://www.facebook.com/threadwallets/photos/2780640908825253 on Sep. 9, 2020.

Office Action received for Australian Patent Application No. 202111590, dated Jan. 12, 2022, 9 pages.

Office Action received for Australian Patent Application No. 202111590, dated Sep. 6, 2021, 8 pages .

Thread Wallets thread_wallets Instagram photos and videos' which was published on the website https://www.instagram.com/p/CGN2BvVprFT/ on Oct. 12, 2020.

Fjallraven High Coast Pocket Sling Bag, available in 2020 based on customer review, rei.com [online], [site visited Dec. 23, 2022], Available at URL: https://www.rei.com/product/186854/fjallraven-high-coast-pocket-sling-bag (Year: 2020).

Non-Final Office Action received for U.S. Appl. No. 29/756,002, dated Jan. 3, 2023, 8 pages.

Notice of Allowance received for U.S. Appl. No. 29/756,002, dated Apr. 7, 2023, 7 pages.

* cited by examiner

U.S. Patent        May 7, 2024        Sheet 1 of 5        US D1,025,591 S



*FIG. 1*

**U.S. Patent**      May 7, 2024      Sheet 2 of 5      US D1,025,591 S



*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 5*

U.S. Patent          May 7, 2024          Sheet 5 of 5          US D1,025,591 S



*FIG. 6*



*FIG. 7*