DX 3

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              DISTRICT OF UTAH, CENTRAL DIVISION

 3

 4    THREAD WALLETS LLC, a Utah)        CERTIFIED COPY
      limited liability company,)
 5                              )
                    Plaintiff,  )
 6                              )
              v.                )  Case No. 2:23-CV-00874-JNP-JCB
 7                              )
      BRIXLEY BAGS, LLC, a Utah )
 8    limited liability company,)
                                )
 9                  Defendant.  )
      _____)
10

11

12

13                  * ATTORNEYS EYES ONLY *

14

15              DEPOSITION OF COLBY BAUER

16          30(b)(6) Witness of Thread Wallets

17                  Salt Lake City, Utah

18              Monday, December 2, 2024

19

20

21

22

23

24

25      Reported by:  Daren S. Bloxham, RPR No. 000335
```

































