# DX 4

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               DISTRICT OF UTAH, CENTRAL DIVISION

 3                            -o0o-

 4   THREAD WALLETS LLC, a Utah      )   [CERTIFIED COPY]
     limited liability company,      )
 5                                   )
                 Plaintiff,          )  Case No.:
 6                                   )  2:23-cv-00874-JNP-JCB
      v.                             )  Judge Jill N. Parrish
 7                                   )
     BRIXLEY BAGS, LLC, a Utah       )
 8   limited liability company,      )
                                     )
 9               Defendant.          )
     _____)
10

11

12               ** ATTORNEYS' EYES ONLY **

13             DEPOSITION OF RYAN SANDERS KING

14

15           Taken on Friday, December 20, 2024

16                    At 9:04 a.m. MT

17

18            At Kunzler Bean & Adamson, PC

19                    50 W Broadway

20                     Suite 1000

21             Salt Lake City, Utah 84101

22

23

24

25   Reported by:  Brooke Simms, RPR, CCR, CSR
```







