# DX 5



