DX 6

