# DX 7

