DX 8



Tommy Hilfiger Crossbody
(TMJ AMOAMO4601 901)

D'105 Patent
USD995105S1

DX 8 - All Views Image Set Tommy Crossbody and D'105 Figs 1-7