# DX 9



D'591 Design Patent
US D1025591S1

DX 9 - All Views Image Set D'591 Figs 1-7