# DX 10



**DX 10 - Side-by-Side Overall Visual Comparison**