DX 12

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 29880914 |
| | Filing Date | 2023-07-28 |
| | First Named Inventor | Colby S. Bauer |
| | Art Unit | 2913 |
| | Examiner Name | |
| | Attorney Docket  Number | 22075.53.1 |

| U.S.PATENTS | | | | | Remove |
|---|---|---|---|---|---|

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | D382996 | S | 1997-09-02 | KOPEL DAVID | |
| | 2 | D389704 | S | 1998-01-27 | YOUSKO et al. | |
| | 3 | D412269 | S | 1999-07-27 | WYANT JON R | |
| | 4 | D422181 | S | 2000-04-04 | BIRUTIS et al. | |
| | 5 | 6138881 | A | 2000-10-31 | PAUL et al. | |
| | 6 | D434282 | S | 2000-11-28 | DAW SEAN | |
| | 7 | D455551 | S | 2002-04-16 | STEPHENS et al. | |
| | 8 | D457314 | S | 2002-05-21 | STEPHENS et al. | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 29880914 |
| --- | --- | --- |
| | Filing Date | 2023-07-28 |
| | First Named Inventor | Colby S. Bauer |
| | Art Unit | 2913 |
| | Examiner Name | |
| | Attorney Docket  Number | 22075.53.1 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 9 | D542528 | S | 2007-05-15 | ZAPATA FERNANDO A | |
| 10 | D618966 | S | 2010-07-06 | KOEHLER et al. | |
| 11 | D629192 | S | 2010-12-21 | PUEBLO GWENDOLYN D | |
| 12 | D631650 | S | 2011-02-01 | LI WENDY | |
| 13 | D677891 | S | 2013-03-19 | JANUS JOSEPH | |
| 14 | D745012 | S | 2015-12-08 | FLANNIGAN MARIE | |
| 15 | D751285 | S | 2016-03-15 | YOO JEASUNG JAY | |
| 16 | D768982 | S | 2016-10-18 | STEWART JOE | |
| 17 | D790850 | S | 2017-07-04 | BALDWIN PATRICIA E | |
| 18 | D796183 | S | 2017-09-05 | ZHOU et al. | |
| 19 | D849400 | S | 2019-05-28 | WANG YAN | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 29880914 |
|---|---|---|
| | Filing Date | 2023-07-28 |
| | First Named Inventor | Colby S. Bauer |
| | Art Unit | 2913 |
| | Examiner Name | |
| | Attorney Docket  Number | 22075.53.1 |

| | 20 | D858090 | S | 2019-09-03 | MOURIZ ASHLEY | |
|---|---|---|---|---|---|---|
| | 21 | D859820 | S | 2019-09-17 | MOURIZ ASHLEY | |
| | 22 | D882943 | S | 2020-05-05 | ZHUANG ALEXANDER | |
| | 23 | D893871 | S | 2020-08-25 | PLUNKETT MIKE | |
| | 24 | D920673 | S | 2021-06-01 | ORMSBEE et al. | |
| | 25 | D923423 | S | 2021-06-29 | RONG ZHIJUN | |
| | 26 | D962635 | S | 2022-09-06 | LAI JINDUO | |
| | 27 | D995105 | | 2023-08-15 | BAUER et al. | |

| If you wish to add additional U.S. Patent citation information please click the Add button. | Add |
|---|---|

**U.S.PATENT APPLICATION PUBLICATIONS**    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20090134190 | A1 | 2009-05-28 | O'NEILL CHARLENE | |

| If you wish to add additional U.S. Published Application citation information please click the Add button. | Add |
|---|---|

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 29880914 |
| | Filing Date | 2023-07-28 |
| | First Named Inventor | Colby S. Bauer |
| | Art Unit | 2913 |
| | Examiner Name | |
| | Attorney Docket  Number | 22075.53.1 |

## FOREIGN PATENT DOCUMENTS                                      Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | 30-0735605 | KR | | 2014-03-28 | KIM MI SUK | English Abstract Submitted | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button   Add

## NON-PATENT LITERATURE DOCUMENTS                              Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | 2 Facebook' which was published on the website https://www.facebook.com/threadwallets/photos/2757085814514096 on 13 August 2020 | ☐ |
| | 2 | 2 Facebook' which was published on the website https://www.facebook.com/threadwallets/photos/2782512955304715 on 11 September 2020 | ☐ |
| | 3 | 2 Facebook' which was published on the website https://www.facebook.com/threadwallets/photos/a.1559098390979517/2758810154341662/ on 15 August  2020 | ☐ |
| | 4 | 2 Facebook' which was published on the website https://www.facebook.com/threadwallets/photos/2780640908825253 on 9 September 2020. | ☐ |
| | 5 | Fjallraven High Coast Pocket Sling Bag, available in 2020 based on customer review, rei.com [online], [site visited 12/23/22], Available at URL: https://www.rei.com/product/186854/fjallraven-high-coast-pocket-sling-bag (Year: 2020) | ☐ |
| | 6 | Non-Final Office Action received for U.S. Patent Application No. 29756002, mailed on Jan 03, 2023, 8 pages. | ☐ |
| | 7 | Notice of Allowance received for U.S. Patent Application No. 29/756,002, mailed on Apr 07, 2023, 7 pages. | ☐ |

<table>
<tr><td rowspan="7"><b>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</b><br>( <b>Not for submission under 37 CFR 1.99)</b></td><td>Application Number</td><td>29880914</td></tr>
<tr><td>Filing Date</td><td>2023-07-28</td></tr>
<tr><td>First Named Inventor</td><td>Colby S. Bauer</td></tr>
<tr><td>Art Unit</td><td>2913</td></tr>
<tr><td>Examiner Name</td><td></td></tr>
<tr><td>Attorney Docket  Number</td><td>22075.53.1</td></tr>
</table>

| | | | |
|---|---|---|---|
| | 8 | Office Action received for Australian  Patent Application No. 202111590, mailed on Jan 12, 2022, 9 pages | ☐ |
| | 9 | Office Action received for Australian Patent Application No. 202111590, mailed on September 06, 2021, 8 pages . | ☐ |
| | 10 | Thread Wallets thread_wallets Instagram photos and videos' which was published on the website https://www.instagram.com/p/CGN2BvVprFT/ on 12 October 2020 | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button  [ Add ]

<b>EXAMINER SIGNATURE</b>

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 29880914 |
|---|---|---|
| | Filing Date | 2023-07-28 |
| | First Named Inventor | Colby S. Bauer |
| | Art Unit | 2913 |
| | Examiner Name | |
| | Attorney Docket Number | 22075.53.1 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐     That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐     That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐     See attached certification statement.

☐     The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒     A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Michael J. Frodsham/ | Date (YYYY-MM-DD) | 2023-09-07 |
|---|---|---|---|
| Name/Print | Michael J. Frodsham | Registration Number | 48699 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS                                                                      PTO/SB/08a (01-22)
Doc description: Information Disclosure Statement (IDS) Filed

Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 29880914 |
| Filing Date | | 2023-07-28 |
| First Named Inventor | | Colby S. Bauer |
| Art Unit | | 2913 |
| Examiner Name | | |
| Attorney Docket Number | | 22075.53.1 |

## U.S.PATENTS

Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | D382996 | S | 1997-09-02 | KOPEL DAVID | |
| | 2 | D389704 | S | 1998-01-27 | YOUSKO et al. | |
| | 3 | D412269 | S | 1999-07-27 | WYANT JON R | |
| | 4 | D422181 | S | 2000-04-04 | BIRUTIS et al. | |
| | 5 | 6138881 | A | 2000-10-31 | PAUL et al. | |
| | 6 | D434282 | S | 2000-11-28 | DAW SEAN | |
| | 7 | D455551 | S | 2002-04-16 | STEPHENS et al. | |
| | 8 | D457314 | S | 2002-05-21 | STEPHENS et al. | |

EFS Web 2.1.18

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | |
|---|---|---|---|---|
| Application Number | 29880914 | | | |
| Filing Date | 2023-07-28 | | | |
| First Named Inventor | Colby S. Bauer | | | |
| Art Unit | 2913 | | | |
| Examiner Name | | | | |
| Attorney Docket Number | 22075.53.1 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | D542528 | S | 2007-05-15 | ZAPATA FERNANDO A | |
| 10 | D618966 | S | 2010-07-06 | KOEHLER et al. | |
| 11 | D629192 | S | 2010-12-21 | PUEBLO GWENDOLYN D | |
| 12 | D631650 | S | 2011-02-01 | LI WENDY | |
| 13 | D677891 | S | 2013-03-19 | JANUS JOSEPH | |
| 14 | D745012 | S | 2015-12-08 | FLANNIGAN MARIE | |
| 15 | D751285 | S | 2016-03-15 | YOO JEASUNG JAY | |
| 16 | D768982 | S | 2016-10-18 | STEWART JOE | |
| 17 | D790850 | S | 2017-07-04 | BALDWIN PATRICIA E | |
| 18 | D796183 | S | 2017-09-05 | ZHOU et al. | |
| 19 | D849400 | S | 2019-05-28 | WANG YAN | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.A.L./

| | | | | | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | Application Number | 29880914 | | | |
| | Filing Date | 2023-07-28 | | | |
| | First Named Inventor | Colby S. Bauer | | | |
| | Art Unit | 2913 | | | |
| | Examiner Name | | | | |
| | Attorney Docket Number | 22075.53.1 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 20 | D858090 | S | 2019-09-03 | MOURIZ ASHLEY | |
| 21 | D859820 | S | 2019-09-17 | MOURIZ ASHLEY | |
| 22 | D882943 | S | 2020-05-05 | ZHUANG ALEXANDER | |
| 23 | D893871 | S | 2020-08-25 | PLUNKETT MIKE | |
| 24 | D920673 | S | 2021-06-01 | ORMSBEE et al. | |
| 25 | D923423 | S | 2021-06-29 | RONG ZHIJUN | |
| 26 | D962635 | S | 2022-09-06 | LAI JINDUO | |
| 27 | D995105 | | 2023-08-15 | BAUER et al. | |

| | |
|---|---|
| If you wish to add additional U.S. Patent citation information please click the Add button. | Add |

### U.S.PATENT APPLICATION PUBLICATIONS    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20090134190 | A1 | 2009-05-28 | O'NEILL CHARLENE | |

| | |
|---|---|
| If you wish to add additional U.S. Published Application citation information please click the Add button. | Add |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.A.L./

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number  29880914 |
| | Filing Date  2023-07-28 |
| | First Named Inventor  Colby S. Bauer |
| | Art Unit  2913 |
| | Examiner Name |
| | Attorney Docket Number  22075.53.1 |

## FOREIGN PATENT DOCUMENTS    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | ~~1~~ | ~~30-0735605~~ | ~~KR~~ | | ~~2014-03-28~~ | ~~KIM MI SUK~~ | English Abstract Submitted | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button    Add

## NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | 2 Facebook' which was published on the website https://www.facebook.com/threadwallets/photos/2757085814514096 on 13 August 2020 | ☐ |
| | 2 | 2 Facebook' which was published on the website https://www.facebook.com/threadwallets/photos/2782512955304715 on 11 September 2020 | ☐ |
| | 3 | 2 Facebook' which was published on the website https://www.facebook.com/threadwallets/photos/a.1559098390979517/2758810154341662/ on 15 August 2020 | ☐ |
| | 4 | 2 Facebook' which was published on the website https://www.facebook.com/threadwallets/photos/2780640908825253 on 9 September 2020. | ☐ |
| | 5 | Fjallraven High Coast Pocket Sling Bag, available in 2020 based on customer review, rei.com [online], [site visited 12/23/22], Available at URL: https://www.rei.com/product/186854/fjallraven-high-coast-pocket-sling-bag (Year: 2020) | ☐ |
| | 6 | Non-Final Office Action received for U.S. Patent Application No. 29756002, mailed on Jan 03, 2023, 8 pages. | ☐ |
| | 7 | Notice of Allowance received for U.S. Patent Application No. 29/756,002, mailed on Apr 07, 2023, 7 pages. | ☐ |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.A.L./

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( **Not for submission under 37 CFR 1.99**) | | Application Number | 29880914 |
| | | Filing Date | 2023-07-28 |
| | | First Named Inventor | Colby S. Bauer |
| | | Art Unit | 2913 |
| | | Examiner Name | |
| | | Attorney Docket Number | 22075.53.1 |

| | | | |
|---|---|---|---|
| | 8 | Office Action received for Australian Patent Application No. 202111590, mailed on Jan 12, 2022, 9 pages | ☐ |
| | 9 | Office Action received for Australian Patent Application No. 202111590, mailed on September 06, 2021, 8 pages . | ☐ |
| | 10 | Thread Wallets thread_wallets Instagram photos and videos' which was published on the website https://www.instagram.com/p/CGN2BvVprFT/ on 12 October 2020 | ☐ |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

| EXAMINER SIGNATURE | | | |
|---|---|---|---|
| Examiner Signature | /CAITLIN A LAVERTY/ | Date Considered | 09/21/2023 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 29880914 |
|---|---|---|
| | Filing Date | 2023-07-28 |
| | First Named Inventor | Colby S. Bauer |
| | Art Unit | 2913 |
| | Examiner Name | |
| | Attorney Docket Number | 22075.53.1 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐    That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐    That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐    See attached certification statement.

☐    The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒    A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Michael J. Frodsham/ | Date (YYYY-MM-DD) | 2023-09-07 |
|---|---|---|---|
| Name/Print | Michael J. Frodsham | Registration Number | 48699 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.A.L./

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.A.L./

| | | | | |
|---|---|---|---|
| ***Notice of References Cited*** | Application/Control No. 29/880,914 | Applicant(s)/Patent Under Reexamination Bauer et al. | |
| | Examiner CAITLIN A LAVERTY | Art Unit 2926 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-D381506-S | 07-1997 | Roeder; Lee Barton | | D3/246 |
| * | B | US-D811735-S | 03-2018 | Molnar; Hollis | | D3/233 |
| * | C | US-D394552-S | 05-1998 | Melk; Thomas J. | | D3/289 |
| * | D | US-D821742-S | 07-2018 | Jusic; Alis | | D3/217 |
| * | E | US-D945160-S | 03-2022 | Birdwell; Ben | | D3/301 |
| * | F | US-D369676-S | 05-1996 | Palmer; Gary L. | | D3/268 |
| * | G | US-D240468-S | 07-1976 | Ainslie; Dianne B. | | D3/268 |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | CN307507444 | 08-2022 | CN | OUYANG LIANGMEI | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-10)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**
( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 29880914 |
| Filing Date | 2023-07-28 |
| First Named Inventor | Colby S. Bauer |
| Art Unit | 2913 |
| Examiner Name | CAITLIN ANN LAVERTY |
| Attorney Docket Number | 22075.53.1 |

**U.S.PATENTS** [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button. [Add]

**U.S.PATENT APPLICATION PUBLICATIONS** [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button. [Add]

**FOREIGN PATENT DOCUMENTS** [Remove]

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | 30-0735605 | KR | | 2014-03-28 | KIM MI SUK | | ☒ |

If you wish to add additional Foreign Patent Document citation information please click the Add button [Add]

**NON-PATENT LITERATURE DOCUMENTS** [Remove]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>( **Not for submission under 37 CFR 1.99**) | Application Number | 29880914 | |
| | Filing Date | 2023-07-28 | |
| | First Named Inventor | Colby S. Bauer | |
| | Art Unit | 2913 | |
| | Examiner Name | CAITLIN ANN LAVERTY | |
| | Attorney Docket Number | 22075.53.1 | |

| | | | |
|---|---|---|---|
| | 1 | Fjallraven High Coast Pocket Sling Bag, available in 2020 based on customer review, rei.com [online], [site visited 12/23/22], Available at URL: https://www.rei.com/product/186854/fjallraven-high-coast-pocket-sling-bag (Year: 2020) | ☐ |
| | 2 | Non-Final Office Action received for U.S. Patent Application No. 29756002, mailed on Jan 03, 2023, 8 pages. | ☐ |
| | 3 | Notice of Allowance received for U.S. Patent Application No. 29/756,002, mailed on Apr 07, 2023, 7 pages. | ☐ |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |
|---|---|

| **EXAMINER SIGNATURE** | | |
|---|---|---|
| Examiner Signature | | Date Considered |
| | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 29880914 |

| | |
|---|---|
| Application Number | 29880914 |
| Filing Date | 2023-07-28 |
| First Named Inventor | Colby S. Bauer |
| Art Unit | 2913 |
| Examiner Name | CAITLIN ANN LAVERTY |
| Attorney Docket Number | 22075.53.1 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐    That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐    That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐    See attached certification statement.

☒    The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒    A certification statement is not submitted herewith.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Michael J. Frodsham/ | Date (YYYY-MM-DD) | 2023-11-29 |
|---|---|---|---|
| Name/Print | Michael J. Frodsham | Registration Number | 48699 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that:  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS　　　　　　　　　　　　　　　　　　　　　　　　　　　　PTO/SB/08a (01-10)
Doc description: Information Disclosure Statement (IDS) Filed　　　　Approved for use through 07/31/2012. OMB 0651-0031
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 29880914 |
| | Filing Date | 2023-07-28 |
| | First Named Inventor | Colby S. Bauer |
| | Art Unit | 2913 |
| | Examiner Name | CAITLIN ANN LAVERTY |
| | Attorney Docket Number | 22075.53.1 |

### U.S.PATENTS　　　　　　　　　　　　　　　　　　　　　　Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.　　Add

### U.S.PATENT APPLICATION PUBLICATIONS　　　　　　　　Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.　　Add

### FOREIGN PATENT DOCUMENTS　　　　　　　　　　　　Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | 30-0735605 | KR | | 2014-03-28 | KIM MI SUK | | ☒ |

If you wish to add additional Foreign Patent Document citation information please click the Add button　　Add

### NON-PATENT LITERATURE DOCUMENTS　　　　　　　　Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.A.L./

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 29880914 |
| | Filing Date | 2023-07-28 |
| | First Named Inventor | Colby S. Bauer |
| | Art Unit | 2913 |
| | Examiner Name | CAITLIN ANN LAVERTY |
| | Attorney Docket Number | 22075.53.1 |

| | 1 | Fjallraven High Coast Pocket Sling Bag, available in 2020 based on customer review, rei.com [online], [site visited 12/23/22], Available at URL: https://www.rei.com/product/186854/fjallraven-high-coast-pocket-sling-bag (Year: 2020) | ☐ |
| | 2 | Non-Final Office Action received for U.S. Patent Application No. 29756002, mailed on Jan 03, 2023, 8 pages. | ☐ |
| | 3 | Notice of Allowance received for U.S. Patent Application No. 29/756,002, mailed on Apr 07, 2023, 7 pages. | ☐ |

| If you wish to add additional non-patent literature document citation information please click the Add button | Add |

| **EXAMINER SIGNATURE** | | | |
| Examiner Signature | /CAITLIN A LAVERTY/ | Date Considered | 12/08/2023 |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.17

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 29880914 |
| | Filing Date | 2023-07-28 |
| | First Named Inventor | Colby S. Bauer |
| | Art Unit | 2913 |
| | Examiner Name | CAITLIN ANN LAVERTY |
| | Attorney Docket Number | 22075.53.1 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☒ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☒ A certification statement is not submitted herewith.

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Michael J. Frodsham/ | Date (YYYY-MM-DD) | 2023-11-29 |
| Name/Print | Michael J. Frodsham | Registration Number | 48699 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.A.L./

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /C.A.L./