# EXHIBIT B

# Soft goods design by Bryan Howell

Sold online and in Walmart, Dicks Sporting Goods and Target.

# Sportline / Walking Advantage – Hip Pack with Water Bottle





# Sportline / Walking Advantage – Hip Pack





# Sportline / Walking Advantage – Cell Phone Armband Bag




# Sportline / Walking Advantage – Armband MP3 Bag





# Sportline / Walking Advantage – Arm Band with Pocket




## Sportline / Walking Advantage – Holders and Wallet



Sportline / Walking Advantage – Water Bottle Holders with Pocket




Sportline / Walking Advantage – Water Bottle Bag




# Sportline / Walking Advantage - CD Player Bag





# Sportline / Walking Advantage – Pocket wrist Band





# Sportline / Walking Advantage – Wristband Watch





## Sportline / Walking Advantage – Pouch Pedometer



## Sportline/C9 – Pouch Pedometer



# Sportline/C9 – Pouch Pedometer



## Sportline/C9 – Leather Pouch Pedometer



Sportline/Go Walking – Bag Pedometer Prototypes



# Gravel Travel – Cross Body & Hip Bag







I taught a number of great students who have gone on to work in the soft goods industry.

# Aaron Puglisi, Senior Softgoods Designer



[Aaron Instagram Link](#)



[Furry iPad & iPhone](#), school project 2015

Carter Zufelt, Senior Designer  **WANDRD**





[MINIMXL CXRRY](MINIMXL CXRRY)

Sam Van Slooten, Design Director, Bags & Accessories



# FLAT PATTERN DESIGN









Images from a younger Sam.

# Joshua Seibert, Senior Designer NYC softgoods start up





[Bag Design Studies](#) - Felt Bag School Project 2017

# Recent Student
# Lauren, Back Back Pockets,
# School Project 2025.





# Recent Student
# Gavin, Sewing Tool Bag and Work Vest, School Project 2025.



