UNITED STATES DISTRICT COURT
DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| THREAD WALLETS LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRIXLEY BAGS, LLC, a Utah limited liability company;<br><br>Defendant. | **[PROPOSED] ORDER**<br><br>Case No. 2:23-cv-00874<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

Before the Court is Defendant Brixley Bags, LLC's Motion for Leave to file Under Seal. For good cause shown, the court GRANTS the Motion. Accordingly, the court HEREBY ORDERS that ECF No. 74 shall remain under seal.

DATED this __ day of June 2025.

BY THE COURT

_____
Jill N. Parish
United States Judge for the District of Utah