# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| THREAD WALLETS LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRIXLEY BAGS, LLC, a Utah limited liability company,<br><br>Defendant. | ORDER<br><br>Case No. 2:23-cv-00874-JNP-JCB<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

District Judge Jill N. Parrish referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court are Defendant Brixley Bags, LLC's motion for leave to file under seal[2] and Plaintiff Thread Wallets LLC's motion to seal.[3] For good cause shown, the court GRANTS both motions. Accordingly, the court HEREBY ORDERS that ECF No. 74 shall remain under seal.

DATED this 25th day of June 2025.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 7.

[2] ECF No. 73.

[3] ECF No. 77.