David P. Johnson (#13260)
djohnson@wnlaw.com
Brittany Frandsen (#16051)
bfrandsen@wnlaw.com
WORKMAN NYDEGGER
60 E. South Temple, Suite 1000
Salt Lake City, Utah 84111
Tel. 801-533-9800

*Attorneys for Plaintiff THREAD WALLETS LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| THREAD WALLETS LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRIXLEY BAGS, LLC, a Utah limited liability company,<br><br>Defendant. | Civil Action No.: 2:23-cv-00874-JNP-JCB<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule DUCivR 54-1, Plaintiff Thread Wallets LLC ("Thread") and Defendant Brixley Bags, LLC ("Brixley"), by and through their respective counsel of record, stipulate to dismissal of all claims and counterclaims in this action with prejudice, with each party to bear its own attorneys' fees and costs. The parties request that the Court enter the attached proposed Order of Dismissal With Prejudice as a matter of administrative convenience.

- 1 -

DATED this 30th day of June, 2025.

        Respectfully submitted,

        /s/ David P. Johnson
        David P. Johnson
        Brittany Frandsen

        Attorney for Plaintiff THREAD WALLETS LLC


        /s/ Chad S. Pehrson
        Chad S. Pehrson
        Thomas D. Briscoe
        Bryan B. Todd

        Attorney for Defendant BRIXLEY BAGS, LLC

12703837v1