David P. Johnson (#13260)
djohnson@wnlaw.com
Brittany Frandsen (#16051)
bfrandsen@wnlaw.com
WORKMAN NYDEGGER
60 E. South Temple, Suite 1000
Salt Lake City, Utah 84111
Tel. 801-533-9800

*Attorneys for Plaintiff THREAD WALLETS LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| THREAD WALLETS LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BRIXLEY BAGS, LLC, a Utah limited liability company,<br><br>Defendant. | Civil Action No.: 2:23-cv-00874-JNP-JCB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

The Court, having considered the parties' Joint Stipulation of Dismissal With Prejudice, and for good cause appearing

HEREBY ORDERS, ADJUDGES, and DIRECTS as follows:

1. The parties' Joint Stipulation of Dismissal With Prejudice is GRANTED;

2. This action, including all claims and counterclaims is DISMISSED WITH PREJUDICE; and

3. Each party shall bear its own costs and attorneys' fees.

- 2 -

SIGNED this ___ day of _____, 2025.

						_____
						Jared C. Bennett
						United States Magistrate Judge